## Commonwealth *v.* Gullett, Appellant.

Argued March 21, 1967. *Melvin Dildine,* Assistant Defender, with him *Martin Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Walter M. Phillips, Jr.,* Assistant District Attorney, with him *Morris H. Wolff* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hoffman, Appellant.

Submitted March 13, 1967. *Richard U. T. Hoffman,* appellant, in propria persona; *Henry W. Rhoads,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.